BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    waqar.hasib@usdoj.gov

Attorneys for United States of America

**FILED**
JUL 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> AMER SINAN ALHAGGAGI, <br>     Defendant | CR No. 4:16-CR-71531-MAG <br><br> STIPULATED MOTION TO UNSEAL CASE <br><br> FILED UNDER SEAL |

    The United States hereby moves to unseal the above-referenced case in its entirety. As grounds therefore, the United States represents that on July 20, 2017, a grand jury in the Northern District of California returned an unsealed indictment against ALHAGGAGI. In the indictment, ALHAGGAGI is charged with, among other things, the same aggravated identity theft charge with which he was charged by complaint in the above-referenced case. Accordingly, since the indictment is unsealed, there is no further need to keep the above-referenced case under seal.

    Undersigned counsel for the United States has spoken by email with Mary McNamara, Esq.,

///

///

///

STIPULATED MOTION TO UNSEAL AND [ORDER]
CR No.4:16-71531-MAG

1

1 | counsel for defendant ALHAGGAGI, who indicates that ALHAGGAGI does not oppose this motion.

BRIAN J. STRETCH
United States Attorney

DATED: July 20, 2017 SWH

/s/
S. WAQAR HASIB
Assistant United States Attorney

SO ORDERED.

DATED: 7-20-17

/s/
HON. SALLIE KIM
United States Magistrate Judge

STIPULATED MOTION TO UNSEAL AND [ORDER]
CR No.4:16-71531-MAG

2